**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOHNNY CENTER                                                                                          PLAINTIFF

v.                                            No. 5:13CV00383 JLH

TYSON POULTRY, INC.;
MORRIS MAYERS, individually and as
an employee of Tyson Poultry, Inc.; and
DANIEL HOGGARD, individually and
as an employee of Tyson Poultry, Inc.                                                          DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed.

The Court retains complete jurisdiction for 30 days to vacate this Order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 19th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE